Natalya Tamara **HAMPEL**; Joseph Hampel, Plaintiffs–Appellants,

v.

**UNITED STATES of America; Federal Bureau of Investigation, Defendants–Appellees.**

No. 01–1187.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 6, 2001.

Natalya Tamara Hampel, Joseph Hampel, pro se.

* This case was decided by a magistrate judge exercising jurisdiction upon consent of the

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Natalya Tamara Hampel and Joseph Hampel appeal the district court's order summarily dismissing their complaint alleging that defendants acted under color of federal law to deprive the Hampels of their constitutional rights. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hampel v. United States*, No. CA–01–124–JFM (D.Md. Jan. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*